**Order entered September 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01104-CV

### RANDY L. WINEINGER, IN HIS CAPACITY AS
### HUNT COUNTY TAX ASSESSOR-COLLECTOR, Appellant

### V.

### Z BAR A RANCH, LP AND JAMES ALLEN WALKER, Appellees

**On Appeal from the 196th Judicial District Court
Hunt County, Texas
Trial Court Cause No. 80,762**

## ORDER

We **GRANT** appellant's September 15, 2015 motion requesting waiver of the filing fee.

*See* TEX. TAX CODE ANN. § 33.49(a) (West 2015).

/s/     ELIZABETH LANG-MIERS
            JUSTICE